

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00929-CV

**IN RE** Tracey **MURPHY**,
Appellant

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-04-00091-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

     The Relator's Motion for Extension of Time to File Motion for Rehearing is GRANTED. Time is extended until January 14, 2019.

_____
Irene Rios, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
Keith E. Hottle
Clerk of Court